JS-5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AMOS JACKSON,<br><br>Petitioner,<br><br>v.<br><br>U.S. DISTRICT COURT,<br><br>Respondent. | Case No. CV 18-00325-GW (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

    Under 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any objections. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

    IT IS THEREFORE ORDERED that Petitioner's Motion to Amend the Petition is DENIED. The Magistrate Judge's Order (Dkt. 30) staying these proceedings is VACATED. Respondent shall file an Answer to the Petition within thirty-five (35) days of the service date of this order under the provisions of the Court's Order Requiring Response to Petition (Dkt. 4).

Date: May 18, 2020

                                               _____
                                               GEORGE H. WU
                                               United States District Judge