JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AMOS JACKSON,<br><br>Petitioner,<br><br>v.<br><br>U.S. DISTRICT COURT et al.,<br><br>Respondents. | Case No. CV 18-00325-GW (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Final Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action dismissed with prejudice.

Date: August 2, 2021

GEORGE H. WU
United States District Judge